**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 13, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION – DAYTON

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| JEFFREY A. FAULKNER | ) CASE NO. 10-33397 |
| | ) |
| Debtor-in-Possession | ) JUDGE GUY R. HUMPHREY |
| | ) |
| | ) AGREED ORDER RESOLVING DEBTOR- |
| | ) IN-POSSESSION'S OBJECTION TO |
| | ) CLAIM OF IBM LENDER BUSINESS |
| | ) PROCESS SERVICES, INC., its successors |
| | ) and assigns |
| | ) [DOC #190] |
| | ) |
| | ) PROPERTY ADDRESS: |
| | ) ** 736 S. River St. |
| | )    Franklin, Ohio 45005 |

This cause came to be considered this day upon the Debtor-in-Possession's Objection to Claim of and Response of FEDERAL NATIONAL MORTGAGE ASSOCIATION its successors and assigns ("FNMA").

It appearing to the Court that by agreement of FNMA and the Debtor-in-Possession, as manifested by the signatures of their counsel at the end hereof, the Objection of the Debtor-in-Possession [Docket #25] is resolved to the extent set forth herein.

It appearing to the Court that FNMA is a creditor of this estate, secured by a mortgage upon real estate located at 736 S. River St., Franklin, Ohio 45005.

It further appearing to the Court that by agreement of the parties FNMA shall have an allowed secured claim in the amount of $25,000.00, plus 5% interest, amortized over thirty (30) years with a maturity date of May 1, 2036, and that said claim of FNMA should be paid with monthly principle and interest payments in the amount of $134.21, directly by the Debtor-in-Possession. The balance of the claim is in the amount of $51,902.83 and is an unsecured claim which shall be paid pro rata with unsecured creditors.

IT IS THEREFORE ORDERED that for purposes of the Debtor-in-Possession's Chapter 11 plan, FNMA shall have a secured claim of $25,000.00 at 5% interest, amortized over thirty (30) years with a maturity date of May 1, 2036, and that said claim of FNMA should be paid with monthly principle and interest payments in the amount of $134.21, directly by the Debtor-in-Possession. The balance of the claim is in the amount of $51,902.83 and is an unsecured claim which shall be paid pro rata with unsecured creditors.

The Debtor-in-Possession's Chapter 11 is hereby amended to conform herewith.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ Faye D. English
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
Faye D. English #0075557
Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
fenglish@reimerlaw.com

APPROVED BY:

/s/ Thomas R. Noland
Thomas R. Noland
One Dayton Center, Suite 900
1 South Main Street
Dayton, OH 45402
Phone No. 937-222-1090
Fax No. 937-222-1046
tnoland@statmanharris.com
Attorney for Debtor-in-Possession

Copies to:
Default List

Warren County Treasurer's Office
County Administration Building
406 Justice Drive
Lebanon, Ohio 45036

# # #