**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 11, 2012**

_____

B10-01526                                         FDE\aws

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION - DAYTON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JEFFREY A. FAULKNER | ) | CASE NO. 10-33397 |
| | ) | |
| Debtor | ) | JUDGE GUY R. HUMPHREY |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 736 S. River St. |
| | ) |    Franklin, Ohio  45005 |
| | ) | |

**STIPULATED ORDER GRANTING CONDITIONAL RELIEF FROM STAY TO
FANNIE MAE ("FEDERAL NATIONAL MORTGAGE ASSOCIATION"), ITS
SUCCESSORS AND ASSIGNS
(Re: Motion for Relief from Stay-Doc #427)**

This matter came on for consideration before this Court upon the Motion for Relief from Stay (Document #427, filed with this court on April 16, 2012), which was scheduled for hearing on May 9, 2012, filed on behalf of FANNIE MAE ("FEDERAL NATIONAL MORTGAGE ASSOCIATION"), its successors and assigns, hereinafter referred to as "MOVANT", a creditor holding a secured claim on real property owned by the Debtor herein, Jeffrey A. Faulkner, said property being commonly known as 736 S. River St. Franklin, Ohio 45005, as more fully described in Exhibit "A" as attached hereto and made a part hereof.

The parties have now entered into an agreement in settlement of the Motion to Remove Stay as more fully set forth herein.

It is, therefore, the Order of this Court that the Debtor shall recommence post-petition payments directly to Movant beginning with the May 1, 2012 payment, and said payments shall be sent to the following address:

> Seterus, Inc., as Servicer for Fannie Mae
> P.O. Box 4128
> Beaverton, OR 97076-4128

It is further the Order of this Court that the Debtor shall immediately tender the sum of $697.09, which sum shall be applied to the post-petition arrearages, late charges, costs and fees which have accrued up to and including April, 2012. These arrearages consist of the December, 2011 through April, 2012 post-petition payments in the amount of $134.21 each, and late charges in the amount of $26.84. Failure by the Debtor to tender this sum within thirty (30) days of the entry of this order shall constitute a default.

It is further the Order of this Court that leave is granted Movant to file a Supplemental Proof of Claim for the cost and fees incurred in these proceedings in the amount of $826.00.

It is further the Order of this Court that Movant may immediately recommence and thereafter continue to send statements for the account associated with the property referenced

herein to Debtor at the following address or such other address as Debtor may designate to Movant in writing:

Jeffrey A. Faulkner
7733 Pleasant Village Road
Camden, Ohio 45311

It is further the Order of this Court that in the event the Debtor fails to pay future post-petition payments or the additional payments which results in a delinquency of thirty (30) days or longer, the Debtor and their counsel shall be served with a 10-day notice of default indicating Movant's intent to file an affidavit and proposed order granting relief from stay.

If the default is not cured within that 10-day period, then the automatic stay which is now barring any proceedings in foreclosure against the Debtor shall automatically be lifted, upon the creditor, or its servicing agent serving an Affidavit of Default to this Court, and without further hearing, this Court will enter an Order granting final relief from stay.

IT IS SO ORDERED.

APPROVED BY:

/s/ Faye D. English
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
Faye D. English #0075557
Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
fenglish@reimerlaw.com

APPROVED BY:

/s/ Thomas R. Noland
Thomas R. Noland
#0018239
One Dayton Center, Suite 900
1 South Main Street
Dayton, OH 45402
Phone No. 937-222-1090
Fax No. 937-222-1046
tnoland@statmanharris.com
Attorney for Debtor

05-1551

LEGAL DESCRIPTION OF SUBJECT PROPERTY

The legal description for the property located at:

736 South River Street, Frankllin, OH 45005

Is as follows:

Entire Lot Number SIX HUNDRED FORTY-SIX (646), as the same is known and designated on the recorded plat of the City of Franklin, Warren County, Ohio. *PB 2 Pg 17-37*

REVISED
Parcel #04-31-154-006

AKA: 736 South River Street, Frankllin, OH 45005

```
BETH DECKARD - WARREN COUNTY RECORDER
Doc #:    592008  Type: MTG
Filed: 4/20/2006  10:22:16  $     180.00
OR Volume:    4169 Page:    61 Return: B
Rec#:    7741              Pages:   21
MIDDLETOWN TITLE AGENCY
```

**Loan #0089101356**

BOOK 4169   PAGE 81

Copies to:

Default List

Warren County Treasurer's Office
County Administration Building
406 Justice Drive
Lebanon, Ohio 45036

# # #